IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 15–cv–00579–WYD–KMT

ANTONIS KOUTSOUKOS,

    Plaintiff,

v.

ALLOS THERAPUTICS, INC., a Delaware corporation, and
ALLOS THERAPEUTICS, INC. SEVERANCE BENEFIT PLAN,

    Defendants.

## ORDER

This matter is before the court on "Plaintiff's Unopposed Motion for Leave to Conduct Discovery" [Doc. No. 18]. The Motion is **GRANTED**.

It is **ORDERED**

"Plaintiff's Interrogatories, Requests for Production of Documents, and Requests for Admissions to Defendants," [Doc. No. 18-1] may be served on Defendants on or before September 18, 2015. Responses shall be served by Defendants on Plaintiff on or before October 16, 2015. Any motions concerning discovery shall be filed on or before October 30, 2015. Any motions filed pursuant to this Order shall address whether the current briefing schedule remains viable.

Dated this 16th day of September, 2015.

BY THE COURT:

_____
Kathleen M. Tafoya
United States Magistrate Judge